UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

DYLAN MCCLUNG

v.

SACRED HEART UNIVERSITY, INC.
And ROBERT BERTICCI

Jury Trial Demanded

APR 15 2024 AM 9:32
FILED-USDC-CT-HARTFORD

## COMPLAINT

1. The Plaintiff, Dylan McClung, at all times relevant hereto has been a resident of the State of Rhode Island.

2. The Defendant Sacred Heart University Inc., is a Connecticut Corporation with its primary place of business located at 5151 Park Avenue, Fairfield, Connecticut 06825.

3. The Defendant Robert Berticci is a resident of the Town of Center Valley, State of Pennsylvania with his address listed as 4670 Highland Way, Center Valley, PA 018034.

## JURIDICTION

4. The events that form the basis of this claim happened while the Plaintiff was a student of the Defendant Sacred Heart University Inc. (SHU) and a member of its volleyball team which was at the time Coached by the Defendant Robert Berticci (Berticci) making venue proper in the District of Connecticut.

5. The Plaintiff and each of the Defendants are all citizens of different states, and the Plaintiff seeks judgment of more than $75,000, making jurisdiction proper before this court under 28 U.S.C. § 1332.

## FACTS

6. The Defendant Robert Berticci was an employee of the Defendant SHU on April 15, 2022 and in that capacity coaching a volleyball game for SHU at Princeton, New Jersey.

1

7.  The Plaintiff was a member of the Defendant SHU's volleyball team when on April 15, 2022, without cause or justification, the Defendant Berticci hit the plaintiff across the face during the middle of a volleyball game.

8.  The Defendant Robert Berticci had a reputation of being abusive toward the players he coach.

9.  The Plaintiff had no knowledge of this reputation and relied on the Defendant SHU to take reasonable steps to protect him from harm from the Coach it hired for the volleyball team he was recruited to play on for it.

10. After the assault, the Plaintiff received a message from an individual with knowledge that indicated that going back as far as the 1980s, when Berticci was coaching women's volleyball in Tennessee, he would assault, hit, and verbally abuse the women he was coaching on the volleyball team at that time.

11. Berticci's reputation and actions were widely known in the volley ball community and knowledge of his prior actions is imputed to the Defendant SHU who hired him despite his known reputation.

## COUNT I
## BATTERY

12. The Allegations of the previous paragraphs are hereby realleged and incorporated by reference.

13. The Defendant Berticci did slap the Plaintiff across the face in a volley ball game where he was the coach and the Plaintiff was a player on his team held in Princeton New Jersey on April 15, 2022.

14. As a proximate result of the battery upon him, the Plaintiff has suffered:
    a.  Emotional distress,

    b.    Incurred medical expenses for psychiatric care,
    c.    Physical injury
    d.    Loss of a semester of college, and incumbent expenses which were non refundable,

WHEREFORE, Plaintiff seeks judgment against the defendant Berticci for an amount not less than $75,000, interest and cost, and such other relief as this court my order.

## COUNT II.
### Negligent hiring and retention

15. The allegations of the previous paragraphs are hereby realleged and incorporated by reference.

16. The Defendant SHU negligently failed to ensure that the Defendant Berticci was fit and competent to perform the services as a volleyball coach for its men's volleyball team by,

    a. Hiring Berticci despite his known prior assaults on students, which made it reasonably foreseeable that he would act in the same fashion toward Plaintiff.

    b. Failing to do an investigation or background check which, if properly done, would have shown that the Defendant Berticci had previously assaulted students and had a propensity to engage in such behavior which would have been known had the employer performed a reasonable investigation.

17. As a result of the above negligence, the Plaintiff was assaulted by the Defendant's employee Berticci, and suffered injuries to include:

    a. Emotional distress,

    b. Incurred medical expenses for psychiatric care,

    c. Physical injury

    d. Loss of a semester of college, and incumbent expenses which were non refundable,

WHEREFORE, Plaintiff seeks judgment against the defendant Sacred Heart University, Inc. for an amount not less than $75,000, interest and cost, and such other relief as this court my order.

**PLAINTIFF DEMAND JURY TRIAL ON ALL COUNTS SO TIRABLE.**

Plaintiff,
By his attorney

/s/ Sonja L. Deyoe
Sonja L Deyoe # ct29186
Law offices of Sonja L. Deyoe
395 Smith Street
Providence, RI 02908
(401) 864-5877
SLD@the-straight-shooter.com

JS 44 (Rev. 03/24)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Dylan McClung

**DEFENDANTS**
Sacred Heart University Inc, and Robert Berticci

(b) County of Residence of First Listed Plaintiff  Washington County RI
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Fairfield CT
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*
Sonja L. Deyoe, Law offices of Sonja L. Deyoe, 395 Smith Street, Providence, RI 02908 (401) 864-5877

Attorneys *(If Known)*

APR 15 2024 AM9:32
FILED-USDC-CT-HARTFORD

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [x] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☒ 320 Assault, Libel & Slander | | | ☐ 820 Copyrights | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. 1332

Brief description of cause:
Plaintiff was deliberately assaulted/battered by his Coach who worked for Sacred Heart

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** [x] Yes  [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE
Apr 15, 2024

SIGNATURE OF ATTORNEY OF RECORD
/s/ Sonja L. Deyoe #ct29186

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____