UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DYLAN MCCLUNG | : | DOCKET NO. 3:24-cv-00688-JAM |
| | : | |
| V. | : | |
| | : | |
| SACRED HEART UNIVERSITY, INC. | : | |
| AND ROBERT BERTICCI | : | JUNE 21, 2024 |

## MOTION TO WITHDRAW

In accordance with Local Rule 7(e), Attorney Kaylee Navarra submits this motion to withdraw her appearance on behalf of Sacred Heart University, Inc. ("SHU") in the above-captioned action. Effective June 21, 2024, Attorney Navarra will no longer be an attorney with Gfeller Laurie LLP. Attorney Melicent B. Thompson from Gfeller Laurie LLP will continue to represent SHU in this action.

WHEREFORE, Attorney Kaylee Navarra respectfully requests that this Court grant her motion to withdraw from the above-captioned action.

/s/ Kaylee Navarra
Kaylee Navarra, Esq. (ct31535)
Gfeller Laurie LLP
977 Farmington Avenue / Suite 200
West Hartford, CT 06107
T: (860) 760-8400
F: (860) 760-8401
knavarra@gllawgroup.com

## CERTIFICATION OF SERVICE

      I hereby certify that on this 21st day of June, 2024, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                      */s/ Kaylee Navarra*
                                      Kaylee Navarra, Esq.